**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CENLAR FSB,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TRAMEKIA D. SAUNDERS a/k/a TRAMEKA D. WEST, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 5:26-cv-102 (MTT)** |

**ORDER**

Defendants Tramekia D. Saunders and Antron J. West have entered into a loss mitigation workout plan. ECF 9 at 1. Accordingly, the Court granted Plaintiff's motion to stay the case through August 15, 2026. ECF 10. On August 28, 2026, the parties filed a joint status report requesting an additional ninety-day stay because Saunders and West are still in "Active Loss Mitigation." ECF 14 at 2. The case is **STAYED** indefinitely. The parties shall file a joint status report in ninety days, no later than **November 30, 2026**, and every ninety days thereafter until the stay is lifted.

**SO ORDERED**, this 1st day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT